**Order filed October 11, 2016**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-16-00676-CV

———————

## THE ESTATE OF BRUCE CLAYTON HOWARD, DECEASED, Appellant

---

**On Appeal from Probate Court No. 1**
**Harris County, Texas**
**Trial Court Cause No. 395214-401**

---

## O R D E R

The clerk's record was filed September 27, 2016. Our review has determined that relevant items have been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain an order granting motion for summary judgment signed July 25, 2016, and a motion to sever filed August 31, 2016.

In response to this court's notice of dismissal, appellant states that she is appealing the grant of CES Environmental Services' motion for summary judgment. Although the index to the clerk's record lists such a document, the record does not contain a signed order granting the summary judgment. Appellant also stated that CES filed a motion to sever on August 31, 2016. The record does not contain a

motion to sever or an order ruling on the motion to sever. The Harris County Clerk is directed to file a supplemental clerk's record on or before October 26, 2016, containing the trial court's order granting the motion for summary judgment filed by CES, the motion to sever filed by CES, and any order ruling on the motion to sever.

If the omitted items are not part of the case file, the county clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted items are not a part of the case file.


PER CURIAM